UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MIKHAIL MIKHAILOVICH SAVIN,  ) No. 2:26-cv-01346-JHC
                             )
          Petitioner,        )
                             )
     v.                      ) **ORDER FOR APPOINTMENT**
                             ) **OF COUNSEL**
TODD BLANCHE, Acting Attorney )
General of the United States; )
MARKWAYNE MULLIN, Secretary, )
United States Department of Homeland )
Security; JULIO HERNANDEZ, Acting )
Seattle Field Office Director, United )
States Citizenship and Immigration )
Services; BRUCE SCOTT, Warden of )
Immigration Detention Facility; and the )
United States Immigration and Customs )
Enforcement,                 )
                             )
          Respondents.       )
                             )

THE COURT has considered Petitioner Mikhail Savin's motion for appointment of counsel.

IT IS ORDERED that Assistant Federal Public Defender Gregory Murphy is appointed to represent Petitioner.

DATED this 21st day of April 2026.

_John H. Chun_
_____
JOHN H. CHUN
UNITED STATES JUDGE

ORDER FOR APPOINTMENT OF COUNSEL
(*Savin v. Blanche, et al.*) - 1